IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-23-0338

IN THE MATTER OF:

J.W., M.W., and L.W.,

    Youths in Need of Care.

**ORDER**

    Upon consideration of Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension to November 13, 2023, to prepare, file and serve his Opening Brief.

    No further extensions will be granted.

ORDER - GRANT EXTENSION OF TIME

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2023